April 30, 1982.

445 A.2d 238

Beckley v. First Valley Bank, Appellant v. Beckley.

Argued January 27, 1982. Earl T. Britt, for appellant; Richard J. Haber, Assistant District Attorney, for appellees.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order of the court below is affirmed.

---

445 A.2d 239

Biczel v. Philadelphia Gas Works, Appellant
v. American Standard.

Argued February 3, 1982. Robert F. Fortin, for appellant; William Boyd Spencer, for appellees.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.